JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALICHEA MARIE AVILA, an individual,

Plaintiff,

vs.

MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; HOUSE OF IMPORTS, INC., a California Corporation; and DOES 1-20, Inclusive,

Defendants.

Case No.: 8:25-cv-01722-MRA-DFM

Filed: June 30, 2025
Removed: August 4, 2025

Hon. Monica Ramirez Almadani

**ORDER GRANTING JOINT STIPULATION TO REMAND**

# ORDER

The Court, having considered the Parties' Stipulation, and good cause appearing therein, hereby orders that the Parties' Stipulation is **GRANTED:**

1. This matter is remanded back to the Superior Court of the State of California, County of Orange;

2. All deadlines, dates, and events presently on calendar are vacated.

**IT IS SO ORDERED.**

DATED: September 8, 2025

_____
Hon. Mónica Ramírez Almadani
United States District Judge